PERKINSCOie

30 Rockefeller Plaza
22nd Floor
New York, NY 10112-0085

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

February 5, 2018

Jeffrey D. Vanacore
JVanacore@perkinscoie.com
D. +1.212.262.6912
F. +1.212.977.1642

**VIA CM/ECF**

Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

  **Re:**  **Allen v. Quicken Loans Inc., et al.**
     **Civil Action No. 2:17-12352-ES-MAH**

Dear Judge Hammer:

This firm represents Defendant Quicken Loans Inc. in the above referenced case.

We are seeking admission *pro hac vice* for James G. Snell, Esq. and Nicola C. Menaldo, Esq. Pursuant to your Judicial Preferences, enclosed are the following: (i) Declarations of Mr. Snell and Ms. Menaldo in support of admission along with certifications of good standing; (ii) Declarations by Mr. Vanacore in support of admission for both Mr. Snell and Ms. Menaldo; and (iii) proposed *pro hac vice* consent orders.

Opposing counsel has no objection to entry of the *pro hac vice* consent orders referenced above.

If the orders are acceptable, we respectfully request they be entered.

Very truly yours,

*/s/ Jeffrey D. Vanacore*

Jeffrey D. Vanacore

Enclosures

cc:  All Counsel of Record (via CM/ECF)

138086747.2
Perkins Coie LLP