## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ALLEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC. and NAVISTONE, INC.,<br><br>                    Defendants. | Civil Action No. 2:17-12352 (ES)(MAH)<br><br>**CONSENT ORDER ADMITTING JAMES G. SNELL AS COUNSEL *PRO HAC VICE*** |

**THIS MATTER** having been opened to the Court by Perkins Coie LLP, counsel for Quicken Loans Inc. in the above-captioned matter, for the entry of an order admitting James G. Snell of the law firm Perkins Coie LLP, *pro hac vice*;

**AND** the Court having considered the certifications in support of the application;

**AND** counsel for the Plaintiff having consented to the requested *pro hac vice* admission;

**AND** for good cause shown;

IT IS on this _____ day of February, 2018,

**ORDERED** that James G. Snell is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance and representing Quicken Loans Inc. in this matter; and it is

**FURTHER ORDERED** that James G. Snell abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is

138086264.2

**FURTHER ORDERED** that James G. Snell shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers Fund for Client Protection and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3); and it is

**FURTHER ORDERED** that James G. Snell shall have all pleadings, briefs and other papers submitted to the Court in this matter filed by Jeffrey D. Vanacore or another attorney at Perkins Coie LLP who is admitted to practice before this Court, as the attorney of record in this matter pursuant to Local Civil Rule 101.1(c)(4).

                                                    Hon. Michael A. Hammer
                                                    United States Magistrate Judge