James G. Snell (CSB #173070) *pro hac vice*
JSnell@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300

Nicola Menaldo (WSBA #44479) *pro hac vice*
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000

Jeffrey Vanacore
JVanacore@perkinscoie.com
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085
Telephone: 212.262.6900

*Attorneys for Defendant Quicken Loans Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ALLEN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>QUICKEN LOANS INC. and NAVISTONE, INC.,<br><br>          Defendants. | Civil Action 17-cv-12352-ES-MAH |

138739782.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I personally served a copy of the following documents via ECF and electronic mail to the parties on the attached Service List.

1. Notice of Motion;

2. Memorandum of Points and Authorities in Support of Defendant Quicken Loans' Motion to Dismiss Plaintiff's First Amended Complaint;

3. Quicken Loans Inc.'s Corporate Disclosure Statement; and

4. Proposed Order.

Dated:  February 23, 2018

                                          */s/ Sarah V. Howland*
                                          Sarah V. Howland
                                          PERKINS COIE LLP
                                          30 Rockefeller Plaza, 22nd Floor
                                          New York, NY 10112

## **SERVICE LIST**

Frederick J. Klorczyk
**Bursor & Fisher PA**
888 Seventh Avenue
New York, NY 10019
(646) 837-7129
fklorczyk@bursor.com
*Attorneys for Plaintiff Michael Allen*

Jamie P. Clare
**Cole Schotz P.C.**
Court Plaza North
25 Main Street
Hackensack, NJ 07601
(201) 489-3000
jclare@coleschotz.com
*Attorneys for Defendant Navistone, Inc.*