**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Defendant, NaviStone, Inc.*

| | |
|---|---|
| MICHAEL ALLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC and NAVISTONE, INC.,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 17-CV-12352 (ES) (MAH)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, NaviStone, Inc. (a private non-governmental party) certified that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

                **COLE SCHOTZ P.C.**

By:   */s/ Jamie P. Clare*
        Jamie P. Clare
        *Attorneys for Defendant NaviStone, Inc.*
        Court Plaza North
        25 Main Street
        Hackensack, New Jersey 07602
        jclare@coleschotz.com
        201-489-3000
        201-489-1536 Facsimile

DATED:    February 26, 2018

- 2 -

        **MENAKER & HERRMAN LLP**
        Richard G. Menaker, Esq.
        Alexander Mirkin, Esq.
        10 East 40th Street
        New York, New York 10016
        Attorneys for Defendant NaviStone, Inc.

Of Counsel:
**BRANN & ISAACSON**
David W. Bertoni, Esq.
184 Main Street, #2
Lewiston, Maine 04240
*Attorneys for Defendant NaviStone, Inc.*