**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

September 28, 2018

**LETTER ORDER**

Re: *Allen v. Quicken Loans Inc., et al.*
   Civil Action No. 17-12352 (ES) (MAH)

Dear Counsel:

Before the Court is Defendants NaviStone, Inc.'s and Quicken Loans Inc.'s motions to dismiss Plaintiff Michael Allen's Amended Complaint. (D.E. Nos. 19 & 20). Please be advised that the Court will hold oral argument on these motions on October 31, 2018 at 10:30 a.m.

Further, the Court notes that on February 2, 2018, Defendant NaviStone, Inc. filed a motion to dismiss the original Complaint. (D.E. No. 11). However, this motion became moot when Plaintiff filed his first Amended Complaint on February 9, 2018, (D.E. No. 18). *See Little v. Conn. Gen. Life Ins. Co.*, No. 11-2944, 2011 WL 5025125, at *5 (D.N.J. Oct. 21, 2011) (explaining that "there can only be one operative complaint").

Accordingly, the Clerk of Court shall TERMINATE docket entry numbers 19 and 20 for ADMINISTRATIVE PURPOSES ONLY, and shall TERMINATE docket entry number 11 as moot.

**SO ORDERED.**

   *s/Esther Salas*
   **Esther Salas, U.S.D.J.**